Dismissed and Memorandum Opinion filed March 6, 2008








Dismissed
and Memorandum Opinion filed March 6, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00668-CV

____________

 

GREGORY A. BUFORD, GULF COAST
DEMOLITION SERVICES, L.P., and BUFORD & CONNELL CONSTRUCTION SERVICES, INC., Appellants

 

V.

 

PARTNERS BANK OF TEXAS, Appellee

 



 

On Appeal from the
55th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-56008

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 13, 2007.  On February 27, 2008, the
parties filed a joint motion to dismiss the appeal because all issues have been
settled.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed March
6, 2008.

Panel consists of Justices Yates, Fowler, and Guzman.